UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-01378-JSS-DCI

HOWARD COHAN,

    Plaintiff,

vs.

WESTWOOD OPERATING VIII LLC
a Foreign Limited Liability Company
d/b/a SPARK BY HILTON BY SEAWORLD

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, WESTWOOD OPERATING VIII LLC, a Foreign Limited Liability Company, d/b/a SPARK BY HILTON BY SEAWORLD, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 2, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/*Nailah Bowen Casavant*** |
| Gregory S. Sconzo, Esq. | Joyce Ackerbaum Cox, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 0090451 |
| Sconzo Law Office, P.A. | jacox@bakerlaw.com |
| 3825 PGA Boulevard, Suite 207 | dmanser@bakerlaw.com |
| Palm Beach Gardens, FL 33410 | Nailah Bowen Casavant, Esq. |

1

| | |
|---|---|
| Telephone: (561) 729-0940 | Florida Bar No.: 1032083 |
| Facsimile: (561) 491-9459 | nbowen@bakerlaw.com |
| Email: greg@sconzolawoffice.com | kaskinner@bakerlaw.com |
| Email: perri@sconzolawoffice.com | BAKER & HOSTETLER LLP |
| Attorney for Plaintiff | 200 S. Orange Avenue, Ste. 2300 |
| | Orlando, FL 32801 |
| | Telephone: 407.649.4000 |
| | Facsimile: 407.841.0168 |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                             **/s/ Gregory S. Sconzo**
                                             **Gregory S. Sconzo, Esq.**